ROGER F. WILLIAMS, an Infant, by ROGER O. WILLIAMS, His
Guardian ad Litem, Respondent, *v.* CITY OF POUGHKEEPSIE,
Appellant.

ROGER O. WILLIAMS, Respondent, *v.* CITY OF POUGHKEEPSIE,
Appellant.

Argued January 7, 1944; decided February 24, 1944.

*Charles O'Donnell, Corporation Counsel (Bernard J. McCoy* of counsel), for appellant.

*William A. Mulvey* and *Paul A. Rieser* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.